Theresa C. Smith et al., Appellants, v. Chester W. Frank, Respondent.

Argued January 3, 1938; decided January 18, 1938.

*William J. Sernoffsky* for appellants.

*Leo F. Donnelly* for respondent.

Judgment affirmed, with costs: no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, LOUGHRAN, FINCH and RIPPEY, JJ.   Taking no part: HUBBS, J.